Railroad Company, and others. No opinion. Motion for stay denied. See, also, 138 App. Div. 687, 123 N. Y. Supp. 822.

---

·KNIEF, Appellant, v. VALENTINE, Respondent. (Supreme Court, Appellate Division, Second Department. October 6, 1911.) Action by John Knief against David H. Valentine.

PER CURIAM. Order modified, by disallowing amendments 50, 51 and 53, and, as so modified, affirmed, without costs.

HIRSCHBERG, J., votes to affirm.

---

In re KNOWLES. (Supreme Court, Appellate Division, Second Department. November 17, 1911.) In the matter of the application of Frederick C. S. Knowles for admission to the bar. No opinion. Application granted.

---

KOEHEM, Respondent, v. STANDARD FIRE INS. CO., Appellant. (Supreme Court, Appellate Division, First Department. October 13, 1911.) Action by Jacob J. Koehem against the Standard Fire Insurance Company. L. F. Kafer, for appellant. E. W. Tyler, for respondent.

PER CURIAM. Order affirmed, with $10 costs and disbursements. Order filed.

McLAUGHLIN, J., dissents.

---

KOEHLER et al., Respondents, v. WILSON, Appellant. (Supreme Court, Appellate Division, First Department. October 13, 1911.) Action by Otto Koehler and another against Charles T. Wilson. C. E. Thornall, for appellant. O. B. Bergstrom, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 144 App. Div. 473, 129 N. Y. Supp. 532.

---

KRAMER, Respondent, v. BINTENER, Appellant. (Supreme Court, Appellate Division, Second Department. October 6, 1911.) Action by Emma Kramer against Alphonse Bintener.

PER CURIAM. Motion granted. The answering affidavits not only do not comply with the provisions of the rule adopted October 4, 1910, requiring a concise statement of the facts out of which the controversy arose and the questions of law and fact involved in the appeal, showing that the appeal is a meritorious one, but they failed to deny the allegations of the moving affidavits to the effect that no important exception was taken upon the trial, and that the question is purely one of fact, decided upon conflicting evidence.

---

KREINDLER, Respondent, v. UNITED STATES TITLE, GUARANTY & INDEMNITY CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 27, 1911.) Action by Louis Kreindler against the United States Title, Guaranty & Indemnity

Company. No opinion. Motion denied, without costs.

---

KRUPP, Respondent, v. LYMBER, Appellant. (Supreme Court, Appellate Division, Second Department. October 20, 1911.) Action by Catherine Krupp against John D. Lymber. No opinion. Judgment and order unanimously affirmed, with costs.

---

LAMPORT v. SMEDLEY (two cases). (Supreme Court, Appellate Division, First Department. October 13, 1911.) Actions by Albert G. Lamport, as administrator, etc., against Mary C. Smedley. No opinion. Motions denied, with $10 costs. Settle orders on notice.

---

LAMPORT, Respondent, v. SMEDLEY, Appellant, et al. (Supreme Court, Appellate Division, First Department. October 13, 1911.) Action by Albert G. Lamport, as administrator, against Mary C. Smedley, impleaded with others. J. S. Wise, for appellant. E. L. Mooney, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

LANNON v. EVERS et al. (Supreme Court, Appellate Division, First Department. October 27, 1911.) Appeal from Trial Term, New York County. Action by Bridget Lannon against Christian Evers and another. From a judgment in her favor, plaintiff appeals. Reversed, and new trial ordered. Arthur S. Hamlin, for appellant. James J. Mahoney, for respondents.

PER CURIAM. We think that the verdict in this case was totally inadequate as compensation for the injuries sustained by the plaintiff, and the judgment and order appealed from are therefore reversed, and the motion to set aside the verdict and grant a ·new trial upon the ground of the inadequacy of the verdict is granted, with costs to appellant to abide the event.

---

LARSEN, Respondent, v. LACKAWANNA STEEL CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. September 27, 1911.) Action by Peter Larsen against the Lackawanna Steel Company. No opinion. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. For prior report, see 130 N. Y. Supp. 887.

---

LAUDER v. MESEROLE et al. (Supreme Court, Appellate Division, Second Department. October 20, 1911.) Action by William Lauder, as trustee, against William H. Meserole and others. No opinion. Motion granted, without costs, on condition that the appellant place the case on the November calender and be ready for argument when reached; otherwise, motion denied, with $10 costs.